882 N.E.2d 596 (2008)
Thomas A. ROSE, petitioner,
v.
HOLLINGER INTERNATIONAL, INC., et al., respondents.
No. 105327.
Supreme Court of Illinois.
March 26, 2008.
Petition for leave to appeal denied.
In the exercise of this Court's supervisory authority, the Appellate Court, First District, is directed to vacate its judgment in Rose v. Hollinger International, Inc., 375 Ill.App.3d 900, 314 Ill.Dec. 292, 874 N.E.2d 202 (2007). The appellate court is directed to reconsider its judgment in light of Imperial Apparel, Ltd. v. Cosmo's Designer Direct, Inc., ___ Ill.Dec. ___, ___ N.E.2d ___, 2008 WL 351675 case No. 103331 (2008) to determine if a different result is warranted.